# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
November 18, 2020

Lyle W. Cayce
Clerk

No. 20-20446
Summary Calendar

APHAEUS OHAKWEH,

*Plaintiff—Appellant*,

UNITED STATES OF AMERICA; STATE OF TEXAS, EX REL,
ERNEST ADIMORA-NWEKE, JR.,

*Appellant*,

*versus*

HARRIS HEALTH SYSTEM; BAYLOR COLLEGE OF MEDICINE;
SANTIAGO LOPEZ; MARTHA P. MIMS; ANISHA GUPTA; ET AL,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1651

Before CLEMENT, HIGGINSON, AND ENGELHARDT, *Circuit Judges*.

No. 20-20446

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.